JULY 12, 1984

No. A–24. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. SMITH. Application to vacate the order of the United States Court of Appeals for the Eleventh Circuit entered July 12, 1984, granting a stay of execution of sentence of death, presented to JUSTICE POWELL, and by him referred to the Court, denied.

No. A–27. WASHINGTON v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Application for stay of execution of sentence of death, presented to JUSTICE POWELL, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 227 (1976) (BRENNAN, J., dissenting); id., at 231 (MARSHALL, J., dissenting), we would grant petitioner's application for a stay of his execution.

JULY 18, 1984

No. 83–1897. IN RE FERNANDEZ-TOLEDO ET AL. Petition for writ of mandamus dismissed under this Court's Rule 53.